| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Smith, Jerry E | 2. Court or Organization Fifth Circuit Court of Appeals | 3. Date of Report 5-5-2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (active) | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1-1-2004 to 12-31-2004 |
| 7. Chambers or Office Address 12621 U.S. Court house 515 Rusk Houston, TX 77002-2698 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 16 A 10: 48 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | LexisNexis Matthew Bender: writing and editing | 2368 |
| 2. | 2004 | Texas Department of Family and Protective Services: monthly adoption subsidy | 3600 |

### B. Spouse's Non-Investment Income - ((If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed, consulting |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instruction.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Law Institute/American Bar Ass'n | Transportation, lodging, and meals for participation in seminar, Santa Fe, NM, 7/29-31/04 |
| 2. | Federalist Soc'y for Law & Public Policy | Transportation, lodging, and meals for participation in seminar, Washington, DC, 11/12/04 |
| 3. | Fifth Circuit Bar Ass'n | Meals for participation in seminar, New Orleans, LA, 2/6/04 |
| 4. | Foundation for Research on Economics & the Environment | Transportation, lodging, and meals for participation in seminar, Big Sky, MT, 7/6-10/04 |
| 5. | University of Texas Law School | Meal at dinner in Dallas, TX, 9/16/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | credit card | J |
| 2. | Federal Thrift Savings Plan | loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jerry E | 5-5-2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Kampen American Captial Reserve Fund | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Bank of America -- savings account | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. 99% interest in Professional Audio-Video Corporation,(contd) | | None | J | T | | | | | |
| 6. (cont'd) Victoria, TX (assets: video production equipment) | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. Templeton Funds Inc. World Fund -- shares | A | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. Tenpleton Growth Fund Incorporated -- shares | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Texas Premier Bank, N.A., Brookshire, TX -- common stock | A | Dividend | J | T | | | - | | |
| 13. | | | | | | | | | |
| 14. Fidelity Security Life Insurance Company | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Compass Bank, Houston, TX -- checking & IRA cash-equival t | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |
| 18. Strategic Partners Equity Fund, Inc. Class A | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jerry E | 5-5-2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 19. U.S. Treasury Investment Growth Receipts Series I | A | Interest | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. Prudential Equity Fund: Class A | A | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. Countrywide Bank, a Division of Treasury Bank, N.A., (cont'd) | A | Interest | M | T | | | | | |
| 24. (cont'd) Alexandria, VA -- savings account | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date **5-5-05**

NOTE: A_____IDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544